IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 07-cv-01254-RPM-MEH

AARON SPATZIANI,

    Plaintiff,

v.

CORRECTIONS CORPORATION OF AMERICA,
RICHARD SMELSER,
KENNETH BAYLOR, and
DAVID SACHETTE,

    Defendants.

---

## ORDER GRANTING MOTION TO ALLOW DEPOSITION OF PLAINTIFF AARON SPATZIANI PURSUANT TO FED. R. CIV. P. 30(a)(2)

---

This matter comes before the Court on Defendants' Unopposed Motion to Allow Deposition of Plaintiff Aaron Spatziani Pursuant to Fed. R. Civ. P. 30(a)(2) filed September 17, 2007. The Court hereby Orders as follows:

The Motion is granted. Defendants are hereby permitted to take the deposition of Plaintiff Aaron Spatziani on October 25, 2007, at 9:00 a.m. at the Delta Correctional Center.

Dated this 18th day of September, 2007

                              BY THE COURT:

                              s/Richard P. Matsch

                              _____
                              Richard P. Matsch
                              United States District Judge

2

Case 1:07-cv-01254-RPM-MEH   Document 15   Filed 09/18/07   USDC Colorado   Page 2 of 2