IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01254-RPM

AARON SPATZIANI,

    Plaintiff,

v.

CORRECTIONS CORPORATION OF AMERICA, a Tennessee corporation;
RICHARD SMELSER, individually and in his official capacity as Warden of the Crowley County Correctional Facility ("CCCF");
KENNETH BAYLOR, individually and in his official capacity as Supervisor of the CCCF Woodshop; and
DAVID SACHETTE, individually and in his official capacity as Assistant Supervisor of the Woodshop,

    Defendants.
_____

**ORDER GRANTING MOTION TO RECONSIDER PLAINTIFF'S UNOPPOSED MOTION TO AMEND SCHEDULING ORDER TO EXTEND DEADLINES**
_____

This matter comes before the Court on the Plaintiff's Motion To Reconsider Plaintiff's Unopposed Motion To Amend Scheduling Order To Extend Deadlines and after review of the motion, filed December 27, 2007 [22], it is

ORDERED that the motion is granted. The deadline to submit affirmative expert Rule 26(a)(2) disclosures is on or before February 14, 2008; the deadline to submit rebuttal expert Rule 26(a)(2) disclosures is on or before March 13, 2008; the cut-off for discovery is on April 14, 2008; and the cut-off for dispositive motions is on or before May 14, 2008.

Dated: December 28th, 2007.

                                            BY THE COURT:

                                            s/ Richard P. Matsch

                                            _____

                                            Richard P. Matsch, Senior District Judge