IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 07-cv-01254-RPM-MEH

AARON SPATZIANI,

    Plaintiff,

v.

CORRECTIONS CORPORATION OF AMERICA,
RICHARD SMELSER,
KENNETH BAYLOR, and
DAVID SACHETTE,

    Defendants.

_____

**ORDER GRANTING DEFENDANTS' UNOPPOSED
MOTION FOR EXTENSION OF DEADLINES**
_____

    This matter comes before the Court on the Defendants' Unopposed Motion for Extension of Deadlines. The Motion is granted. The deadline for designation of rebuttal experts is now April 14, 2008, the discovery cut-off is now May 14, 2008, and the dispositive motions deadline is now June 13, 2008.

    Dated this 14th day of March, 2008.

                                  By the Court:

                                  s/Richard P. Matsch
                                  _____
                                  Richard P. Matsch
                                  Senior United States District Court Judge