IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 07-cv-01254-RPM

AARON SPATZIANI,

    Plaintiff,

v.

CORRECTIONS CORPORATION OF AMERICA,
RICHARD SMELSER,
KENNETH BAYLOR, and
DAVID SACHETTE,

    Defendants.

---

**ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION TO ALLOW INMATE DEPOSITIONS PURSUANT TO FED. R. CIV. P. 30(a)(2)**

---

This matter comes before the Court on Defendants' Unopposed Motion to Allow Inmate Depositions Pursuant to Fed. R. Civ. P. 30(a)(2) filed March 28, 2008. The Court hereby Orders as follows:

The Motion is granted. Defendants are hereby permitted to take the depositions of Todd Vester, Jeffrey Harris, David Stantistevan and Alan Hutson at a time and date that is mutually agreeable to the parties and the facilities where these individuals are incarcerated.

Dated this 31st day of March, 2008.

                              BY THE COURT:

                              s/Richard P. Matsch
                              _____
                              Richard P. Matsch
                              United States District Judge