IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 07-cv-01254-RPM-MEH

AARON SPATZIANI,

        Plaintiff,

v.

CORRECTIONS CORPORATION OF AMERICA,
RICHARD SMELSER,
KENNETH BAYLOR, and
DAVID SACHETTE,

        Defendants.

_____

**ORDER GRANTING DEFENDANTS' UNOPPOSED
MOTION FOR EXTENSION OF DISCOVERY CUT-OFF**
_____

        Upon consideration of the Defendants' Unopposed Motion for Extension of Discovery Cut-Off,

it is

        ORDERED that the Motion is granted. The discovery cut-off is now May 30, 2008.

        Dated this 15th day of May, 2008.

                By the Court:

                s/Richard P. Matsch

                _____

                Richard P. Matsch
                Senior United States District Court Judge