IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 07-cv-01254-RPM-MEH

AARON SPATZIANI,

    Plaintiff,

v.

CORRECTIONS CORPORATION OF AMERICA,
RICHARD SMELSER,
KENNETH BAYLOR, and
DAVID SACHETTE,

    Defendants.

---

**ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION
FOR CLARIFICATION OF DISPOSITIVE MOTIONS DEADLINE**

---

This matter comes before the Court on the Defendants' Unopposed Motion for Clarification of Dispositive Motions Deadline. The Motion is granted. The dispositive motions deadline is June 13, 2008.

Dated this 30th day of May, 2008.

        By the Court:

        s/ Richard P. Matsch
        _____
        Richard P. Matsch
        Senior United States District Court Judge