IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01254-RPM

AARON SPATZIANI,

        Plaintiff,

vs.

CORRECTIONS CORPORATION OF AMERICA, a Tennessee corporation;
RICHARD SMELSER, individually and in his official capacity as Warden of the Crowley County Correctional Facility ("CCCF");
KENNETH BAYLOR, individually and in his official capacity as Supervisor of the CCCF Woodshop; and
DAVID SACHETTE, individually and in his official capacity as Assistant Supervisor of the Woodshop,

        Defendants.
_____

ORDER REJECTING MAGISTRATE JUDGE'S RECOMMENDATION
_____

On February 13, 2009, Magistrate Judge Michael E. Hegarty filed a recommendation on motion to enforce settlement agreement, finding that the material terms of a settlement were agreed to by the plaintiff and his counsel at a settlement conference on December 17, 2008. The defendant has submitted, under seal, a document entitled Material Terms of Settlement Agreement–Confidential, signed by counsel. In his recommendation, the Magistrate Judge referred to a hearing held on February 5, 2009, on the defendants' motion to enforce the material terms and that the plaintiff had rejected the draft of the final settlement agreement presented to him. One of the material terms of the settlement agreement reads that a final settlement agreement will be prepared and, accordingly, the material terms include a final settlement agreement which has not been submitted to this Court. Accordingly, it is

ORDERED that the recommendation is rejected.

Dated: March 6th, 2009

        By the Court:

        s/Richard P. Matsch

        _____
        Richard P. Matsch, Senior District Judge