**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch**

Date:               May 8, 2009
Courtroom Deputy:   J. Chris Smith
FTR Technician:     Kathy Terasaki

_____

Civil Action No. 07-cv-01254-RPM

| | |
|---|---|
| AARON SPATZIANI, | Cheryl L. Trine |
| Plaintiff, | |
| v. | |
| CORRECTIONS CORPORATION OF AMERICA, | Andrew D. Ringel |
| RICHARD SMELSER, | Joseph P. Sanchez |
| KENNETH BAYLOR and | |
| DAVID SACHETTE, | |
| Defendants. | |

_____

**COURTROOM MINUTES**
_____

**Hearing on Defendants' Motion for Summary Judgment**

**10:58 a.m.**     **Court in session.**

Court's preliminary remarks and states its understanding of the case.

11:02 a.m.     Argument by Ms. Trine.

11:07 a.m.     Argument by Mr. Ringel.

**ORDERED:     Defendants' Motion for Summary Judgment, filed June 13, 2008 [44], is granted with respect to plaintiff's Section 1983 First Claim for Relief.**

**Plaintiff has 10 days (May 22, 2009) to determine whether to file a voluntary dismissal of the individual defendants.**

**11:10 a.m.     Court in recess.**

Hearing concluded.  Total time: 12 min.