IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01254-RPM-MEH

AARON SPATZIANI,

      Plaintiff,

vs.

CORRECTIONS CORPORATION OF AMERICA, a Tennessee corporation;
RICHARD SMELSER, individually and in his official capacity as Warden of the Crowley County Correctional Facility ("CCCF");
KENNETH BAYLOR, individually and in his official capacity as Supervisor of the CCCF Woodshop; and
DAVID SACHETTE, individually and in his official capacity as Assistant Supervisor of the Woodshop,

      Defendants.

---

## ORDER OF DISMISSAL WITH PREJUDICE

---

The parties have filed a Joint Stipulated Motion for Dismissal With Prejudice. After careful review of the stipulation and the file, the Court has concluded that the stipulation should be approved and that Plaintiff Aaron Spatziani's claims against Defendants Corrections Corporation of America, Richard Smelser, Kenneth Baylor and David Sachette should be dismissed with prejudice.

THEREFORE IT IS ORDERED as follows:

1.     That the Joint Stipulated Motion for Dismissal With Prejudice is APPROVED; and

2.     That Plaintiff's claims against Defendants Corrections Corporation of America, Richard Smelser, Kenneth Baylor and David Sachette are DISMISSED WITH PREJUDICE, each party to pay their own attorneys fees and costs.

2

Dated this 3rd  day of June, 2009.

BY THE COURT:

s/Richard P. Matsch

_____

Richard P. Matsch
United States District Judge

2